UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GLEN RAY GALLIER AND JANN GALLIER,         )<br>                                                                            )<br>                            PLAINTIFFS,               )<br>                                                                            )<br>        -vs-                                                          )<br>                                                                            )<br>SOUTHWESTERN REGIONAL MEDICAL   )<br>CENTER, INC., d/b/a CANCER TREATMENT )<br>CENTERS OF AMERICA,                              )<br>                                                                            )<br>                            DEFENDANT.             ) | Cause No. CV-09-34-BU-RFC<br><br><br><br>**ORDER** |

Defendant Cancer Treatment Centers of America filed a Motion to Dismiss for lack of jurisdiction and improper venue [Doc. #30] which is fully briefed. For good cause appearing,

IT IS HEREBY ORDERED that an Evidentiary Hearing is scheduled for **Thursday, January 21, 2010, at 9:00 a.m.** in Courtroom I of the James F. Battin U.S. Courthouse, Billings, Montana. The parties should be prepared to address all outstanding discovery issues as well.

DATED this 28th Day of December, 2009.

/s/ Richard F. Cebull_____
RICHARD F. CEBULL
U.S. DISTRICT JUDGE