John Heenan
Mandi Gibbs
HEENAN LAW FIRM
3970 Avenue D, Suite A
Billings, MT 59102
Telephone: (406) 839-9091
Facsimile:   (406) 839-9092
john@heenanlawfirm.com
mandi@heenanlawfirm.com

Neel Hammond
HAMMOND LAW, P.L.L.C
P.O. Box 9155
234 E. Pine Street
Missoula, MT 59807-9155
Telephone: (406) 543-2494
Fax: (406) 728-8445
neel@hammondlawpllc.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| GLEN GALLIER and JANN GALLIER,<br><br>                           Plaintiffs,<br>   vs.<br><br>SOUTHWESTERN REGIONAL MEDICAL CENTER, INC. d/b/a CANCER TREATMENT CENTERS OF AMERICA and CANCER TREATMENT CENTERS OF AMERICA, INC.,<br>                           Defendants. | Cause No. CV-09-34-BU-RFC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

COMES NOW Plaintiffs, by and through the undersigned and pursuant to Rule 41(a)(1), F. R. Civ. P., and hereby give notice of their voluntary dismissal of this cause of action.

DATED this 29th day of December, 2009.

                HAMMOND LAW FIRM, PLLC

                HEENAN LAW FIRM


                By */s/ John Heenan*
                    John Heenan