UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| GLEN RAY GALLIER AND JANN GALLIER, | ) | Cause No. CV-09-34-BU-RFC |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| SOUTHWESTERN REGIONAL MEDICAL CENTER, INC., d/b/a CANCER TREATMENT CENTERS OF AMERICA, | ) ) ) | |
| | ) | |
| DEFENDANT. | | |

Pursuant to the Plaintiffs' Notice of Voluntary Dismissal [Doc. #52],

IT IS HEREBY ORDERED that all hearings and deadlines are vacated and pending motions dismissed.

DATED this 30th Day of December, 2009.

/s/ Richard F. Cebull_____
RICHARD F. CEBULL
U.S. DISTRICT JUDGE